STATE OF MAINE                              SUPERIOR COURT
SAGADAHOC, SS.                              Civil Action
                                            Docket No. CV-2017-33


CHERYL RIOS                    )
                               )
                               )
                               )
                               )
        v.                     )           **JUDGMENT**
                               )
                               )
MATTHEW RICE,                  )
            Defendant.         )


Based on the evidence presented at a damages hearing conducted on November 5, 2019, judgment is entered for the Plaintiff against the Defendant Matthew Rice for $150,000.00 plus costs, pre-judgment interest at a rate of 3.87%, and post-judgment interest at a rate of 8.59%.

All pending motions have been resolved or are now moot.

The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: November 25, 2019

_____
JUSTICE, MAINE SUPERIOR COURT